# United States District Court

CENTRAL DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,
   Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-3114

WESTERN ASPHALT, INC.,
   Defendant.

TO: (Name and address of defendant)    ***PERSONAL SERVICE ONLY***

   Jean Howard, Registered Agent
   Western Asphalt, Inc.
   2665 Prairie College Road
   Jacksonville, IL  62650

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   John T. Long
   CAVANAGH & O'HARA
   407 E. Adams Street
   P. O. Box 5043
   Springfield, IL  62705
   (217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                          6-6-06
CLERK                                       DATE

S/ G. Utsinger
(BY) DEPUTY CLERK