IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| WESTERN ASPHALT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

1. Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Training Trust Fund, Central Laborers' Work Dues, Laborers'-Employers' Cooperation Education Trust, Central Laborers' Vacation Fund, District Council Dues, Industry Advancement Fund, Midwest Region for Fair Contracting and Laborers' Local #950, #253, #919 and #1084.

2. Not applicable.

3. CAVANAGH & O'HARA
   William K. Cavanagh
   Michael W. O'Hara
   Patrick J. O'Hara
   James P. Moody
   John T. Long
   Britt W. Sowle

DATED this 2nd day of June 2006.

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,

1

                By:       s/ John T. Long
JOHN T. LONG
**CAVANAGH & O'HARA**
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
johnlong@cavanagh-ohara.com

F:\files\CENTRAL\Western Asphalt, Inc\C-Interest.wpd