# United States District Court

CENTRAL ———— **DISTRICT OF** ———— ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,
    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

        **V.**

CASE NUMBER: *06 – 3114*

WESTERN ASPHALT, INC.,
    Defendant.

TO: (Name and address of defendant)  *PERSONAL SERVICE ONLY*

    Jean Howard, Registered Agent
    Western Asphalt, Inc.
    2665 Prairie College Road
    Jacksonville, IL 62650

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John T. Long
    CAVANAGH & O'HARA
    407 E. Adams Street
    P. O. Box 5043
    Springfield, IL 62705
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

**CLERK**

DATE    6 – 6 – 06

S/ G. Utsinger

(BY) DEPUTY CLERK

SHERIFF'S FEES {
Service and return . . . . . . . . . . . . . . . . . . . . . . . $ 30.00
Miles _____ . . . . . . . . . . . . $ 5.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 35.00

JAMES ROBSON, JR.
Sheriff of _____ MORGAN _____ County

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants — personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____
_____

(b)—(Individual defendants — abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| | | |
| | | |
| | | |

(c)—(Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| WESTERN ASPHALT | HOWARD, JEAN  F-W-62 5'3" | 06-08-06 |
| 2665 PRAIRIE COLLEGE RD | | AT 2:53 PM |

(d)—(Other service):

_____
_____

JAMES ROBSON, JR.
Sheriff of _____ MORGAN _____ County

By: _____
(Deputy)

Signature
redacted-pjr