IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 06-3114 |
| | ) | |
| WESTERN ASPHALT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through their attorneys, Cavanagh & O'Hara, and, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal Without Prejudice and in support thereof state as follows:

1.  On June 6, 2006, Plaintiffs filed their Complaint against the Defendant.

2.  Defendant was served with such Complaint on June 8, 2006; however, Defendant has failed to file an Answer or other appearance in the above-encaptioned cause.

3.  Defendant has entered into a payment plan with the Plaintiff.

4.  This matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiffs herewith file this Notice of Voluntary Dismissal Without Prejudice.

                        CENTRAL LABORERS' PENSION FUND, *et al.*,
                        Plaintiffs,

                        By:       s/ John T. Long
                                 JOHN T. LONG

1

        **CAVANAGH & O'HARA**
        407 East Adams
        Post Office Box 5043
        Springfield, IL 62705
        Telephone (217) 544-1771
        Fax (217) 544-9894
        johnlong@cavanagh-ohara.com

F:\files\CENTRAL\Western Asphalt, Inc\NVD.wpd

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 8th day of September 2006:

Jean Howard, Registered Agent
Western Asphalt, Inc.
2665 Prairie College Road
Jacksonville, IL 62650

and that the original was filed with the Clerk of the Court in which said cause is pending.

        By:    s/ John T. Long
            JOHN T. LONG
            **CAVANAGH & O'HARA**
            407 East Adams
            Post Office Box 5043
            Springfield, IL 62705
            Telephone (217) 544-1771
            Fax (217) 544-9894
            johnlong@cavanagh-ohara.com